**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CAROLYN A. FOUNTAIN,
et al.,

    Plaintiffs,

vs.                              CASE NO. 3:07-cv-347-J-25HTS

FLORIDA DEPARTMENT OF HEALTH, and
PUTNAM COUNTY HEALTH DEPARTMENT,
etc.,

    Defendants.

_____

**O R D E R**

This cause is before the Court on the document entitled Plaintiffs Motion Court to Reconsider the Appointment of Counsel (Doc. #25; Motion). For the reasons stated in the Order (Doc. #14), the Motion is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of July, 2007.

                                        /s/       Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and pro se parties, if any